IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| MELALEUCA, INC., | ) |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) Case No. 09-9015-MC-W-ODS |
| DARYL HANSEN, | ) |
| Defendant. | ) |
| ARIANA REED, | ) |
| Interested Party. | ) |

## ORDER FINDING ARIANA REED TO BE IN CONTEMPT OF COURT AND DIRECTING THE UNITED STATES MARSHAL TO TAKE HER INTO CUSTODY

On June 2, 2009, Plaintiff filed a Motion to Compel, seeking an order compelling Ariana Reed to comply with a subpoena issued as a part of an ongoing case in the United States District Court for the District of Idaho. Ms. Reed did not respond. On June 25, 2009, the Court issued an Order to Show Cause and directed that the Order be delivered both to Ms. Reed's last known counsel and to Ms. Reed personally. A response was due by July 13, 2009, no response was filed. On August 10, the Court granted the Motion to compel and directed Ms. Reed to appear at a specific location at a specific time so she could be deposed. The Order warned that failure to appear might result in the issuance of an arrest warrant. Ms. Reed did not appear for her deposition as ordered.

Accordingly, the Court finds Ms. Reed to be in contempt of Court. Furthermore, the United States Marshal is directed to take Ms. Reed into custody. Once she has been arrested, the Court will set a hearing to afford her an opportunity to purge herself of the contempt.

The Clerk of Court shall mail two copies of this Order, one via first class mail and one via Certified Mail, Return Receipt Requested, to:

Ariana Reed
585 SE 971st Road
Clinton, Missouri 64735

IT IS SO ORDERED.

                                                  /s/ Ortrie D. Smith
                                                  ORTRIE D. SMITH, JUDGE
DATE: December 14, 2009               UNITED STATES DISTRICT COURT