ISTRICT COURT FOR THE
ICT OF MISSOURI
DIVISION

Case No. 09-9015-MC-W-ODS

Ariana Reed
585 SE 971st Road
Clinton, Missouri 64735

RETURN TO SENDER
UNABLE TO FORWARD

TO BE IN CONTEMPT OF COURT
MARSHAL TO TAKE HER INTO CUSTODY

on to Compel, seeking an order compelling
ued as a part of an ongoing case in the
f Idaho. Ms. Reed did not respond. On
Show Cause and directed that the Order
counsel and to Ms. Reed personally. A
onse was filed. On August 10, the Court
Ms. Reed to appear at a specific location at
e Order warned that failure to appear might
Ms. Reed did not appear for her deposition

d to be in contempt of Court. Furthermore,
e Ms. Reed into custody. Once she has
afford her an opportunity to purge herself

ies of this Order, one via first class mail and
ested, to: